**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

CAPTAIN MAURICE MACEWEN,

Plaintiff,

v.

AMERICAN AIRLINES, INC., CAPTAIN TIMOTHY AIREY, CAPTAIN KEITH FIRMIN, and CAPTAIN ADRIENNE WOOLEY,

Defendants.

Case No. 1:25-cv-01580-TWP-MJD

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6), Defendants American Airlines, Inc. ("American Airlines"), Captain Timothy Airey ("Airey"), Captain Keith Firmin ("Firmin"), and Captain Adrienne Wooley ("Wooley") (collectively "Defendants"), respectfully move this Court for an Order dismissing Plaintiff's Complaint with prejudice for the reasons stated in the contemporaneously filed memorandum of law and exhibits thereto.

DATED: October 24, 2025

Respectfully submitted,

By: */s/ Ada W. Dolph*
Ada W. Dolph

Ada W. Dolph
adolph@seyfarth.com
Taylor C. Iaculla, (*admitted pro hac vice*)
tiaculla@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

***Attorneys for Defendants American Airlines, Captain Timothy Airey, Captain Keith Firmin, and Captain Adrienne Wooley***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's electronic case filing system (ECF) on October 24, 2025, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

*/s/ Ada W. Dolph*
Ada W. Dolph