**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

CAPTAIN MAURICE MACEWEN,

        Plaintiff,

        v.

AMERICAN AIRLINES, INC.,

        Defendant.

Case No.  1:25-cv-01580-TWP-MJD

Judge Tanya Walton Pratt

Magistrate Judge Mark J. Dinsmore

### UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT

Defendant, American Airlines, Inc. ("American"), pursuant to L.R. 6-1(c), moves for a second extension of time, of fourteen (21) days, to respond to Plaintiff's Amended Complaint. In support of its Motion, American state as follows:

1.      Plaintiff filed his Complaint on August 8, 2025. (ECF No. 1).

2.      Plaintiff served American with the Summons and a copy of the Complaint on September 2, 2025.

3.      Defendants filed their Motion to Dismiss Plaintiff's Complaint on October 24, 2025. (ECF No. 18).

4.      In response to defendants' motion to dismiss, Plaintiff filed an Amended Complaint, on November 6, 2025, which was entered on the docket by the Court on November 7, 2025.  (ECF No. 23).

5.      On December 5, 2025, defendants filed a subsequent Motion to Dismiss Plaintiff's Amended Complaint ("Motion"). (ECF No. 28).

6.      On June 9, 2026, this Court granted in part and denied in part defendants' Motion and dismissed Airey, Firmin, and Wooley as defendants in this matter. (ECF No. 40).

7.  Presently, American's Answer to Plaintiff's Amended Complaint is due on June 23, 2026. *See* Fed. R. Civ. P. 12(a)(4)(A).

8.  American needs additional time to prepare its Answer to Plaintiff's Amended Complaint, and requests an additional twenty-one (21) days to file its response, up to and including July 14, 2026.

9.  American has good cause to make this Request. Lead defense counsel Ada Dolph was out of the office for an out-of-state mediation from June 15–16, 2026 and will be out of the office from July 3–10, 2026. Defense counsel Taylor Iaculla was out of the office for mediation on June 10, 2026 and will be out of the office on June 19, 2026 and from July 2–July 5, 2026.

10. The July 14, 2026 deadline does not exceed twenty-eight (28) days and does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines in this case.

11. Counsel for American has conferred with Plaintiff regarding the contents of its Motion for Second Extension of Time to Respond to Plaintiff's Amended Complaint, and Plaintiff has confirmed that he consents to and does not oppose American's request to respond to the Amended Complaint on or before July 14, 2026.

326650214v.1

DATED: June 18, 2025

Respectfully submitted,

SEYFARTH SHAW, LLP

By: */ s/ Ada W. Dolph*

Ada W. Dolph
adolph@seyfarth.com
Taylor C. Iaculla (*pro hac vice*)
tiaculla@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

***Attorneys for Defendant
American Airlines, Inc.***

3

326650214v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed with the Court's electronic case filing system (ECF) on June 18, 2025, and sent by electronic mail to pro se Plaintiff Maurice MacEwen via the following:

Pro Se Plaintiff
Maurice MacEwen
12842 Drumdow Ln.
Fishers, IN 46037
Email: mauricemac7@hotmail.com

*/s/ Ada W. Dolph*
Ada W. Dolph

4

326650214v.1