UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MAURICE MACEWEN,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )      No. 1:25-cv-01580-TWP-MJD
                                          )
AMERICAN AIRLINES, INC.,                  )
TIMOTHY AIREY,                            )
KEITH FIRMIN,                             )
ADRIENNE WOOLEY,                          )
                                          )
                    Defendants.           )

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion for Second Extension of Time for Defendant to Respond to Amended Complaint. [Dkt. 41.]  This case has been pending since August, 2025, which should have been ample time for Defendant to do any investigation necessary to be prepared to respond to the complaint should its motion to dismiss be denied.  Accordingly, the Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion.  Defendant shall file its response to the Amended Complaint on or before **June 30, 2026**.

        **No further enlargement of that deadline will be granted**.

        SO ORDERED.

Dated:  22 JUN 2026                   _____
                                      Mark J. Dinsmore
                                      United States Magistrate Judge
                                      Southern District of Indiana

Distribution:

MAURICE MACEWEN
12842 Drumdow Ln.
Fishers, IN 46037

Ada W. Dolph
SEYFARTH SHAW LLP (Chicago)
adolph@seyfarth.com

Taylor Iaculla
Seyfarth Shaw LLP
tiaculla@seyfarth.com