UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MAURICE MACEWEN Captain, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01580-TWP-MJD |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Having set a pretrial schedule (Dkt. 43), the Court hereby sets the final pretrial conference

on January 5, 2028 at 10:00 a.m. in Courtroom 344, and the jury trial to begin on January 31, 2028

at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46

East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys and Plaintiff

Maurice MacEwen only. At the final pretrial conference, Counsel shall be prepared to discuss the

status of the action, including all matters requiring completion prior to trial. Counsel shall review

the Court's Courtroom Procedures and Trial Practice. The **clerk is directed** to send a copy of the

Court's Courtroom Procedures and Trial Practice with Plaintiff Maurice MacEwen's copy of this

order.

**IT IS SO ORDERED.**

Date:  7/6/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

MAURICE MACEWEN
12842 Drumdow Ln.
Fishers, IN 46037

Ada W. Dolph
SEYFARTH SHAW LLP (Chicago)
adolph@seyfarth.com

Taylor Iaculla
Seyfarth Shaw LLP
tiaculla@seyfarth.com